UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-04450-MWC-PD Date: August 28, 2026

Title *Frank Davis Jr. v. Dennis Miller, et al.*

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause Why Case Should Not Be Dismissed**

On April 27, 2026, Plaintiff Frank Davis Jr. ("Plaintiff"), proceeding pro se, filed a civil rights complaint (the "Complaint") against Defendants Dennis Miller and Jennifer Martin, along with two requests to proceed in forma pauperis with declaration in support. Dkt. Nos. 1, 3, 17. Plaintiff alleges that Defendant Dennis Miller, a Senior Investigator with the Los Angeles County District Attorney's Office, failed to comply with a court order issued by Judge Kitchens requiring him to ensure that a court ordered paternity test involving Plaintiff's alleged daughter, Mariah Horton, was properly conducted. Dkt. No. 1 at 3. Plaintiff asserts a claim under 42 U.S.C. § 1983 based on Defendant Dennis Miller's alleged "official misconduct" in failing to ensure that the government DNA test was conducted properly. *Id*. at 4.

On July 17, 2026, the Court granted Plaintiff's request to proceed without prepayment of filing fees. Dkt. No. 21.

On July 20, 2026, the Court issued a screening order dismissing the Complaint with leave to amend for failure to comply with Federal Rule of Civil Procedure 8, failure to state cognizable claims under 42 U.S.C. § 1983, and failure to state a claim under *Monell v. Dept. of Soc. Servs. of City of New York*, 436 U.S. 658, 694, (1978). Dkt. No. 22. The Order granted Plaintiff

leave to file a First Amended Complaint by August 10, 2026. *Id.* The deadline for filing Plaintiff's First Amended Complaint has passed, and Plaintiff has neither filed his First Amended Complaint nor requested an extension of time to do so.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's July 22, 2026 Order.

However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before September 21, 2026**, why the Court should not recommend that this action be dismissed for failure to prosecute.

Plaintiff may discharge this Order by filing:

(1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's July 22, 2026 Order; or

(2) a First Amended Complaint.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.

**Plaintiff is advised that his failure to timely comply with this order may result in the dismissal of the case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED**.

**Attachments:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-04450-MWC-PD Date: August 28, 2026

Title *Frank Davis Jr. v. Dennis Miller, et al.*

-- Central District of California Civil Rights Complaint Form (CV-66)
-- Notice of Voluntary Dismissal (CV-09)

:

Initials of Preparer iv